IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Alegacy LLC, Cheryl Holcomb, Lynda Ouradnik, And Hillard Pfundhelle, | ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| United States of America, | ) ) | Case No. 1:25-cv-180 |
| Defendant. | ) | |

This action was stayed due to a lapse of appropriations. (Doc. No. 4). On November 13, 2025, the United States filed a motion to lift the stay and extend the time for it to file an answer or otherwise respond to Plaintiffs' complaint as appropriations have been restored. (Doc. Nos. 5 and 6).

The court **GRANTS** the United States' motions (Doc. Nos. 5 and 6), lifts the stay, and extend the United States' deadline to file an answer or otherwise respond to Plaintiff' complaint until December 15, 2025.

**IT IS SO ORDERED.**

Dated this 14th day of November, 2025.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court