**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Alegacy LLC, Cheryl Holcomb, Lynda Ouradnik, And Hillard Pfundheller, | ) ) ) | **ORDER** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| United States of America, | ) ) | Case No. 1:25-cv-180 |
| Defendant. | ) | |

**IT IS ORDERED**:

A mid-discovery status conference will be held on May 15, 2026, at 9:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 8th day of January, 2026.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court